# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GINA BEMPKINS, | : | |
| Plaintiff, | : | |
| v. | : | 3:16-CV-1137 |
| | : | (JUDGE MARIANI) |
| NANCY BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## ORDER

AND NOW, THIS 6th DAY OF SEPTEMBER, 2017, upon review of Magistrate Judge Mehalchick's Report & Recommendation, (Doc. 19), for clear error and manifest injustice,[1] **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation, (Doc. 19), is **ADOPTED**, for the reasons discussed therein.

2. The Commissioner's decision is **VACATED**.

3. The case is **REMANDED** to an Administrative Law Judge for further proceedings consistent with this Order and the Report & Recommendation.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge

---

[1] By letter dated August 22, 2017, the government informed this Court that it has waived its opportunity to object to the Report and Recommendation. (Doc. 20).